# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH
FLOOR NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:         (212) 465-1188
                         cklee@leelitigation.com

April 5, 2021

**Via ECF:**
The Honorable John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12D
New York, NY 10007

        Re:    *Lin v. Whitman*
              Case No. 21-cv-00691

Dear Judge Cronan:

    This firm represents the Plaintiff in the above-referenced action. We respectfully request to adjourn the initial conference, currently scheduled for April 12, 2021 at 11:00 a.m.

    Defendant was served on March 12, 2021, and Plaintiff has filed an affidavit of service regarding successful service on March 22, 2021 [Dkt. No. 8]. However, Defendant has failed to appear on the case or reach out to us to discuss a case management plan.

    For the above reason, we respectfully request the Court to adjourn the initial conference, currently scheduled for April 12, 2021, at 11:00 a.m., *sine die*, and allow Plaintiff or the parties to update the Court thirty (30) days from today, or May 5, 2021. This is the first request to adjourn the initial conference.

    We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

> This request is granted. The initial pretrial conference scheduled for April 12, 2021 at 11:00 a.m. is adjourned *sine die*. The parties shall submit a joint letter updating the Court on the status of this case by May 5, 2021.
>
> SO ORDERED.
> Date: April 5, 2021
>       New York, New York
>
>                                 JOHN P. CRONAN
>                                 United States District Judge