# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:         (212) 465-1188
                         cklee@leelitigation.com

July 23, 2021

**Via ECF:**
The Honorable John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12D
New York, NY 10007

             Re:    *Lin v. Whitman*
                    Case No. 21-cv-00691

Dear Judge Cronan:

    This firm represents the Plaintiff in the above-referenced action. We respectfully request a two-week adjournment of the hearing, scheduled for July 26, 2021 at 10:00 a.m. as (1) Plaintiff has a scheduling conflict, and (2) Plaintiff would like time to gather information and details in response to the Court's July 22, 2021 Order.

    Plaintiff requests an adjournment so as to properly address the two issues raised by the Court's July 22, 2021 Order. *See* ECF 29.

    First, the Court requested that Plaintiff be prepared to discuss "[w]hether Plaintiff has standing under New York City Administrative Code ("NYCAC") §8-602(a)." *See* ECF 29. Plaintiff is prepared to discuss his standing for violations of NYCAC §8-602(a), which is granted under NYAC §8-502. *See* NYAC §502 ("any person claiming to be a person aggrieved by an unlawful discriminatory practice as defined in chapter 1 of this title or by an act of discriminatory harassment or violence as set forth in chapter 6 of this title shall have a cause of action in any court of competent jurisdiction…").

    Second, the Court requested that Plaintiff address whether "Plaintiff has sufficiently alleged diversity jurisdiction." ECF 29. Plaintiff has alleged that he lives in California in his Complaint, and Plaintiff seeks an adjournment to gather proof and potentially submit an affidavit demonstrating his domicile.

    For the above reason, we respectfully request the Court to adjourn the hearing, currently scheduled for July 26, 2021, at 10:00 a.m., for two weeks as Plaintiff currently has a scheduling conflict, and an adjournment would allow Plaintiff the opportunity to provide proof of Plaintiff's domicile before holding a hearing on this issue. This is the first request to adjourn the hearing conference.

    We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

This request is denied. The conference scheduled for July 26, 2021 at 10:00 a.m. will take place as scheduled. Pursuant to 3.B of the Court's Individual Rules and Practices, adjournment requests must be made 2 business days in advance.

SO ORDERED.

Date: July 23, 2021
      New York, New York

_____
JOHN P. CRONAN
United States District Judge